In the Matter of MERSCORP, INC., et al., Respondents, v EDWARD P. ROMAINE et al., Appellants, et al., Defendant.

Submitted October 23, 2006; decided November 16, 2006

Motion by County Clerks of the counties of Albany etc. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR BRYANT, Appellant.

Submitted October 30, 2006; decided November 16, 2006

Motion for assignment of counsel granted and Steven Banks, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JUAN CASTILLO, Respondent.

Submitted October 30, 2006; decided November 16, 2006

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the respondent on the appeal herein.